| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| | DBiderman@perkinscoie.com |
| 2 | Ofunne N. Edoziem, Bar No. 260000 |
| | OEdoziem@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA  90067-1721 |
| | Telephone:  310.788.9900 |
| 5 | Facsimile:   310.843.1284 |
| 6 | Attorneys for Defendant |
| | CALIBER HOME LOANS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | JOE DURAN, an individual, | Case No. |
| 12 | Plaintiff, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| 13 | v. | |
| | | (Local Rule 7.1-1) |
| 14 | BANK OF AMERICA, N.A., a corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a corporation; RECONTRUST COMPANY, N.A., a subsidiary of BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a national association; USBANCORP, as parent company of U.S. BANK TRUST, N.A., as agent for the LSF9 MASTER PARTICIPATION TRUST, a Delaware Statutory Trust; CLEAR RECON CORP., a corporation; CALIBER HOME LOANS, INC., a corporation; and DOES 1 through 50 inclusive, | |
| 23 | Defendants. | |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to L.R. 7.1.-1 and Fed. R. Civ. P. 7.1, the undersigned counsel of record for defendant CALIBER HOME LOANS, INC. ("Caliber") certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case:

1. Caliber is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Texas; no public corporation owns 10 percent or more of Caliber's stock.

2. Plaintiff Joe Duran.

3. All other named defendants in Plaintiff's complaint.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: January 8, 2015          PERKINS COIE LLP

By: */s/ Ofunne N. Edoziem*
    Ofunne N. Edoziem, Bar No. 260000
    OEdoziem@perkinscoie.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

**PROOF OF SERVICE BY OVERNIGHT DELIVERY**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On January 8, 2015, I deposited with Federal Express, a true and correct copy of the within documents:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

in a sealed envelope, addressed as follows:

> Susan M. Murphy, Esq.
> ADVOCATE LEGAL
> 5455 Wilshire Boulevard
> Suite 2119
> Los Angeles, CA  90036
>
> *Attorneys For Plaintiff*
> *Joe Duran*

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2015, at Los Angeles, California.

_____
Carolyn A. Sanford